LIDDLE & DUBIN, P.C.
Laura L. Sheets (*Pro Hac Vice*)
Nicholas A. Coulson (*Pro Hac Vice*)
975 E. Jefferson Avenue
Detroit, Michigan 48207
Phone: (313) 392-0015
Fax: (313) 392-0025
lsheets@ldclassaction.com
ncoulson@ldclassaction.com

EVANS LAW FIRM, INC.
Ingrid M. Evans (CA Bar No. 179094)
3053 Fillmore Street #236
San Francisco, California 94123
Phone: (415) 441-8669
Fax: (888) 891-4906

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| DONNA CONROE, ALLEN CONROE, and KIMBERLY TAPSCOTT-MUNSON, Individually and on Behalf of all others similarly situated, <br><br> Plaintiffs, <br> -v- <br><br> DARLING INGREDIENTS, F/K/A/ DARLING INTERNATIONAL, INC., <br><br> Defendant, | No. 1:14-CV-01128-MCE-SMS <br><br> **PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** <br><br><br> Date: May 5, 2016 <br> Time: 2:00 p.m. <br> Courtroom: 7 <br> Hon. Morrison C. England, Jr. |

# **PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Now come Plaintiffs, pursuant to Fed. R. Civ. P. 23 and request that this Court certify this case as a class action. Plaintiffs' brief in support of their Motion for Class Certification is being filed contemporaneously with this motion.

Respectfully submitted,


Dated: February 2, 2016          Respectfully submitted,


                              LIDDLE & DUBIN, P.C.
                              By: _s/ Nicholas A. Coulson_____
                              Laura L. Sheets (*Pro Hac Vice*)
                              Nicholas A. Coulson (*Pro Hac Vice*)
                              975 E. Jefferson Avenue
                              Detroit, Michigan 48207
                              Phone: (313) 392-0015
                              Fax: (313) 392-0025
                              lsheets@mldclassaction.com
                              ncoulson@mldclassaction.com

                              EVANS LAW FIRM, INC.
                              Ingrid M. Evans (CA Bar No. 179094)
                              3053 Fillmore Street #236
                              San Francisco, California 94123
                              Phone: (415) 441-8669
                              Fax: (888) 891-4906

                              *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 2, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail notice list, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice list.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 2, 2016

By: _____/s/Nicholas A. Coulson_____