MCCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP
Christopher S. Hall (CA Bar No. 203901)
7647 N. Fresno Street
Fresno, California 93720
Phone: (559) 433-1300
Fax: (559) 433-2300
christopher.hall@mccormickbarstow.com

KEATING MUETHING & KLEKAMP PLL
Joseph M. Callow, Jr. (*admitted pro hac vice*)
Thomas F. Hankinson (*admitted pro hac vice*)
Jacob D. Rhode (*admitted pro hac vice*)
One East Fourth Street, Suite 1400
Cincinnati, Ohio  45202
Phone: (513) 579-6400
Fax: (513) 579-6457
jcallow@kmklaw.com
thankinson@kmklaw.com
jrhode@kmklaw.com

Attorneys for Defendant
Darling Ingredients, Inc. (formerly known as Darling International Inc.)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| LINDA BROOKS, Individually and on behalf of all others similarly situated, et al.<br><br>Plaintiffs,<br><br>-v-<br><br>DARLING INGREDIENTS, INC. F/K/A DARLING INTERNATIONAL, INC.<br><br>Defendant. | Case No.  1:14-cv-01128-DAD-SMS<br><br>**STIPULATION AND ORDER TO CONTINUE MOTIONS HEARING** |

- 1 -

With the approval of the Court, the hearing on Plaintiffs' Motion for Class Certification [Dkt. 47], Defendants' Motion to Strike Plaintiffs' Resident Data Sheets [Dkt. 51] and Defendants' Motion to Exclude the Opinions of David Weeks and Timothy Bowser [Dkt. 52] is rescheduled from September 6, 2016 at 9:30 a.m. to October 18, 2016 at 9:30 a.m. in Courtroom 5.

Respectfully submitted,

MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: */s/   Christopher S. Hall*
Christopher S. Hall (CA Bar No. 203901)
7647 N. Fresno Street
Fresno, California 93720
Phone: (559) 433-1300
Fax: (559) 433-2300
christopher.hall@mccormickbarstow.com

KEATING MUETHING & KLEKAMP PLL
Joseph M. Callow, Jr. (*admitted pro hac vice*)
Thomas F. Hankinson (*admitted pro hac vice*)
Jacob D. Rhode (*admitted pro hac vice*)
One East Fourth Street, Suite 1400
Cincinnati, Ohio  45202
Phone: (513) 579-6400
Fax: (513) 579-6457
jcallow@kmklaw.com
thankinson@kmklaw.com
jrhode@kmklaw.com

*Attorneys for Defendant Darling Ingredients, Inc.*

By*: /s/   Ingrid M. Evans*
EVANS LAW FIRM, INC.
Ingrid M. Evans (CA Bar No. 179094)
Elliot Wong (CA Bar No. 285540)
3053 Fillmore Street #236
San Francisco, California 94123
Phone: (415) 441-8669
Fax: (888) 891-4906

LIDDLE & DUBIN, P.C.
Laura L. Sheets (*Pro Hac Vice*)
Nicholas A. Coulson (*Pro Hac Vice*)
975 E. Jefferson Avenue
Detroit, Michigan 48207
Phone: (313) 392-0015
Fax: (313) 392-0025
lsheets@mldclassaction.com
ncoulson@mldclassaction.com

*Attorneys for All Plaintiffs and the Putative Class*

**ORDER**

IT IS SO ORDERED.

Dated:   **September 1, 2016**

_____
UNITED STATES DISTRICT JUDGE