EVANS LAW FIRM, INC.
Ingrid M. Evans (CA Bar No. 179094)
3053 Fillmore Street #236
San Francisco, California 94123
Phone: (415) 441-8669
Fax: (888) 891-4906

LIDDLE & DUBIN, P.C.
Laura L. Sheets (*Pro Hac Vice*)
Nicholas A. Coulson (*Pro Hac Vice*)
975 E. Jefferson Avenue
Detroit, Michigan 48207
Phone: (313) 392-0015
Fax: (313) 392-0025
lsheets@ldclassaction.com
ncoulson@ldclassaction.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| DONNA CONROE, et al., Individually and on Behalf of all others similarly situated,<br><br>Plaintiffs,<br><br><br>-v-<br><br>DARLING INGREDIENTS, INC., f/k/a DARLING INTERNATIONAL, INC.,<br><br><br>Defendants, | Case No. 1:14-CV-01128-DAD-EPG<br><br>**STIPULATION AND ORDER TO CONTINUE DEADLINE FOR MOTION FOR CLASS CERTIFICATION** |

WHEREAS Plaintiffs' Motion for Class Certification is to be filed by August 25, 2017;

WHEREAS the parties are discussing the possibility of settlement;

WHEREAS the parties believe that a two week extension of the deadline will be sufficient to fully explore the possibility of resolution;

THEREFORE, with the approval of the Court, the deadline for Plaintiffs to file their Amended Motion for Class Certification is moved from August 25, 2017 to September 8, 2017.


Respectfully submitted,

Dated: August 25, 2017

LIDDLE & DUBIN, P.C

/s/ *Nicholas A. Coulson*.
Laura L. Sheets (*Pro Hac Vice*)
Nicholas A. Coulson (*Pro Hac Vice*)
975 E. Jefferson Avenue
Detroit, Michigan 48207
Phone: (313) 392-0015
Fax: (313) 392-0025
lsheets@ldclassaction.com
ncoulson@ldclassaction.com


EVANS LAW FIRM, INC.
Ingrid M. Evans (CA BAR No. 179094)
3053 Filmore Street #236
San Francisco, CA 94123
Telephone:  415-441-8669;
Toll-Free:  888-503-8267
Facsimile:  888-891-4906

*Attorneys for Plaintiffs and the Putative Class*

KEATING MUETHING & KLEKAMP PLL

/s/  Joseph M. Callow (w/ permission)
Joseph M. Callow, Jr. (*admitted pro hac vice*)
Thomas F. Hankinson (*admitted pro hac vice*)
Jacob D. Rhode (*admitted pro hac vice*)
One East Fourth Street, Suite 1400

Cincinnati, Ohio 45202
Phone: (513) 579-6400
Fax: (513) 579-6457
jcallow@kmklaw.com
thankinson@kmklaw.com
jrhode@kmklaw.com

Christopher S. Hall (CA Bar No. 203901)
Daniel S. Cho (CA Bar No. 260902)
7647 N. Fresno Street
Fresno, California 93729-8912
Phone: (559) 433-1300
Fax: (559) 433-2300
christopher.hall@mccormickbarstow.com
daniel.cho@mccormickbarstow.com

*Attorneys for Defendant Darling Ingredients, Inc*

**ORDER**

For the reasons provided in the parties' stipulation, the deadline for Plaintiffs to file their Amended Motion for Class Certification is moved from August 25, 2017 to September 8, 2017.

IT IS SO ORDERED.

Dated: **August 28, 2017**                    /s/ Erica P. Grosjean
                                                        UNITED STATES MAGISTRATE JUDGE