# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA CONROE, *et al.*,<br><br>Plaintiffs<br><br>v.<br><br>DARLING INTERNATIONAL, INC., *et al.*,<br><br>Defendants. | **Case No. 1:14-cv-01128-DAD-EPG**<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THIS CASE**<br><br>(ECF No. 81) |

Plaintiffs Kimberly Tapscott-Munson, Linda Brooks, Donald Brooks, Allen Conroe, and, Donna Conroe filed a First Amended Complaint on August 13, 2014. (ECF No. 20). Although he was listed in the original Complaint, Plaintiff Darryl Munson was removed as a named Plaintiff upon the filing of the First Amended Complaint. (*Id.*)

By stipulation dated September 18, 2015, Plaintiffs Linda Brooks and Donald Brooks dismissed their claims against Defendant Darling International, Inc. (ECF No. 43).

On September 20, 2017, Plaintiffs Donna Conroe, Allen Conroe, and Kimberly Tapscott-Munson and Defendant Darling International, Inc. filed a stipulation for voluntary dismissal. (ECF No. 81). Thus, Plaintiffs Donna Conroe, Allen Conroe, and Kimberly Tapscott-Munson claims against Defendant Darling International, Inc. have been dismissed with prejudice, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and dismissed without prejudice. *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995) ("Even if the defendant has filed a motion to dismiss, the plaintiff may terminate his action voluntarily by filing a notice of dismissal under Rule 41(a)(1).").

1

As of the September 20, 2017 dismissal, all Plaintiffs and all claims against Defendant Darling International, Inc. have been dismissed.

Accordingly, the Clerk of the Court is DIRECTED to CLOSE this case.

IT IS SO ORDERED.

Dated: **September 21, 2017**     /s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE